Steve **STOCKMAN**, Plaintiff–Appellant,

v.

Roger **WILLIAMS**; Mary Ann Daigle; Janice Evans; Beverly Kaufman; J.R. Perez, Defendants–Appellees.

No. 06–51346.

United States Court of Appeals, Fifth Circuit.

Oct. 26, 2006.

David Rogers, William B. Gammon, Austin, TX, for Plaintiff–Appellant.

Adam Warren Aston, Office of the Attorney General for the State of Texas,

Austin, TX, Donald Steven Glywasky, Galveston County Legal Department, Galveston, TX, Jim D. Wiginton, District Attorney's Office for the County of Brazoria, Angleton, TX, Frank Edward Sanders, Assistant County Attorney, County Attorney's Office for the County of Harris, Houston, TX, David R. Hurley, County Attorney's Office for the County of Fort Bend, Richmond, TX, for Defendants–Appellees.

Before DAVIS, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

The judgment of the district court is, in all respects, AFFIRMED. See 5th Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.